UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

Commercial Coin Laundry Systems
v.
Park P, LLC

Case
FILED: MARCH 31, 2008
08CV1853         TG
JUDGE DOW
MAGISTRATE JUDGE DENLOW

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendant

| | |
|---|---|
| SIGNATURE  *Dayna Wheatley* | |
| FIRM  Dayna Wheatley, LLC | |
| STREET ADDRESS  201 W. Washington St. | |
| CITY/STATE/ZIP  N. Chicago, IL 60185 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)  6281156 | TELEPHONE NUMBER  630-639-5203 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☑  NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☑  NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑  NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑  NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.  RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐ | |