UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **COMMERCIAL COIN LAUNDRY SYSTEMS.,** an Illinois general partnership, | ) ) ) ) | |
| **Plaintiff,** | ) ) | |
| v. | ) ) | No.  08CV1853 |
| **PARK P, LLC,** an Indiana limited liability Company, d/b/a Park P Place Apartments, | ) ) ) | Judge Dow Magistrate Judge Denlow |
| **Defendant.** | ) | |

## NOTICE OF MOTION

TO:   Russell G. Winick & Associates
      1220 Iroquois Avenue
      Naperville, IL  60563

    PLEASE TAKE NOTICE that on May 27, 2008 at 9:15 a.m., I shall appear before the Hon. Robert M. Dow, Jr. or any other judge sitting in his/her stead, in Room 1919 of the Everett McKinley Dirksen United States Courthouse, and then and there present our Defendant's Motion to Dismiss for Lack of Personal Jurisdiction Under 12(b), Motion to Dismiss for Improper Venue, and, Alternatively, to Transfer Venue, a true and accurate copy of which is attached and hereby served upon you.

_____
Dayna Wheatley
Dayna Wheatley, LLC
201 W. Washington St.
West Chicago, IL  60185
630-639-5203