UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **COMMERCIAL COIN LAUNDRY** | ) | |
| **SYSTEMS., an Illinois general partnership,** | ) | |
| | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | No.  08CV1853 |
| | ) | Judge Dow |
| **PARK P, LLC, an Indiana limited liability** | ) | Magistrate Judge Denlow |
| **Company, d/b/a Park P Place Apartments,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**PROOF OF SERVICE**

TO:   Russel G. Winick, Esq.
      Russel G. Winick & Associates
      1220 Iroquois, #100
      Naperville, IL  60563

I, Dayna Wheatley, an attorney, hereby certify that I am over the age of 18 years and not a party to the foregoing action.

On May 14, 2008, I electronically filed the Defendant's Notice of Motion and Motion to Dismiss for Personal Jurisdiction Under Rule 12(B), Motion to Dismiss for Improper Venue, and, Alternatively, to Transfer Venue, in accordance with the Code of Civil Procedure, to be served by operation of the Court's electronic filing system upon Russel G. Winick, Esq., counsel for Plaintiff.

_____
s/ Dayna Wheatley
Attorney for Defendant

Dayna Wheatley, LLC
201 W. Washington St.
West Chicago, IL  60185
Telephone:  30-639-5203