UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.1.3**
Eastern Division

Commercial Coin Laundry Systems
            Plaintiff,
v.                  Case No.: 1:08−cv−01853
                  Honorable Robert M. Dow Jr.
Park P, LLC
            Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, May 22, 2008:

  MINUTE entry before the Honorable Robert M. Dow, Jr: Before the Court is Defendant's motion to dismiss for lack of jurisdiction and improper venue [6]. Plaintiff is given until 6/17/08 to file a response to the motion; Defendant is given until 6/27/08 to file a reply. Notice of motion date of 5/27/08 and status hearing set for 6/5/08 at 10:00 am are stricken. The Court will rule by mail on the pending motion and will reset initial status date, if appropriate, at that time.Mailed notice(tbk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.