UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **COMMERCIAL COIN LAUNDRY SYSTEMS**, an Illinois general partnership, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | No. 08CV1853<br>Judge Dow<br>Magistrate Judge Denlow |
| **PARK P, LLC, an Indiana limited liability company, d/b/a Park P Place Apartments,** | ) ) ) | |
| Defendant. | ) ) | |

TO:   Dayna M. Wheatley, Esq.
       Dayna Wheatley, LLC
       201 West Washington Street
       West Chicago, Illinois 60185

### NOTICE OF FILING

You are hereby notified that on June 17, 2008, Plaintiff, COMMERCIAL COIN LAUNDRY SYSTEMS, electronically filed Plaintiff's Response to Defendant's Motion to Dismiss for Improper Venue, to Dismiss for Personal Jurisdiction under Rule 12(b) and, Alternatively, to Transfer Venue.

Respectfully submitted,
COMMERCIAL COIN LAUNDRY SYSTEMS

/s/ Melissa A. Grahonya
One of its Attorneys

Melissa A. Grahonya
Russel G. Winick & Associates, P.C.
1220 Iroquois Avenue, Suite 100
Naperville, Illinois 60653
(630) 548-5800
Attorney Number 6277557