UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **COMMERCIAL COIN LAUNDRY SYSTEMS,** ) | | |
| **An Illinois general partnership,** ) | | |
| ) | | |
| **Plaintiff,** ) | | |
| ) | | |
| v. ) | No. 08CV1853 | |
| ) | Judge Dow | |
| **PARK P, LLC, an Indiana limited liability** ) | Magistrate Judge Denlow | |
| **Company, d/b/a Park P Place Apartments,** ) | | |
| ) | | |
| **Defendants.** ) | | |

## NOTICE OF FILING

    You are hereby notified that on June 27, 2008, Defendant, PARK P, LLC, electronically filed its Reply to Plaintiff's Response to Defendant's Motion to Dismiss for Improper Venue, to Dismiss for Personal Jurisdiction under Rule 12(b) and, Alternatively, to Transfer Venue.

Respectfully Submitted,

_____
s/ Dayna Wheatley

Dayna Wheatley, LLC
201 W. Washington St.
West Chicago, IL  60185
(630) 639-6203
Attorney Number: 6281156