UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| COMMERCIAL COIN LAUNDRY SYSTEMS, )<br>An Illinois general partnership, )<br> )<br>Plaintiff, )<br> )<br>v. )<br> )<br>PARK P, LLC, an Indiana limited liability )<br>Company, d/b/a Park P Place Apartments, )<br> )<br>Defendants. ) | No. 08CV1853<br>Judge Dow<br>Magistrate Judge Denlow |

### CERTIFICATE OF SERVICE

I, Dayna Wheatley, an attorney, hereby certify that I am over the age of 18 years and not a party to the foregoing action.

On June 27, 2008, I electronically filed the Defendant's Reply to Plaintiff's Response to Defendant's Motion to Dismiss for Improper Venue, to Dismiss for Personal Jurisdiction Under Rule 12(B), and, Alternatively, to Transfer Venue, in accordance with the Code of Civil Procedure, to be served by operation of the Court's electronic filing system upon Russel G. Winick, Esq., counsel to Plaintiff.

_____
s/ Dayna Wheatley

Dayna Wheatley, LLC
201 W. Washington St.
West Chicago, IL  60185
Telephone:  630-629-5203
Attorney Code:  6281156